# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ROBBIE LEON HURST,** ) | |
| ) | |
|     **Petitioner** ) | |
| ) | |
| vs. ) | Civil Action No. CV 04-S-414-E |
| ) | |
| **WARDEN JIM COOKE and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
|     **Respondents** ) | |

## FINAL JUDGMENT

On March 15, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On March 25, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED. The clerk is directed to close this file.

DONE this 4th day of April, 2005.

_____
United States District Judge